IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARIO BELLARD | § | |
| VS. | § | CIVIL ACTION NO. 1:06-CV-495 |
| MITCH WOODS | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Mario Bellard, a prisoner confined at the Jefferson County Correctional Facility, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying the respondent's motion to dismiss the petition.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report and recommendation of the magistrate judge is **ADOPTED**. Respondent's motion to dismiss the petition is **DENIED**. It is further **ORDERED** that respondent shall have twenty days

to answer the petition for writ of habeas corpus, and show cause why the relief prayed for should not be granted.

So **ORDERED** and **SIGNED** this **1** day of **May, 2007.**

_____
Ron Clark, United States District Judge